**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTY EMBRY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. JOHNSON, Warden of CSP-LAC,<br><br>　　　　　Respondent. | Case No.: 1:21-cv-00082-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL<br><br>[THIRTY DAY DEADLINE] |

On January 21, 2021, Petitioner filed a petition for writ of habeas corpus (Doc. 1) and also filed a motion for stay and abeyance (Doc. 3). Accordingly, the Court ORDERS:

1) The Clerk of Court is DIRECTED to serve a copy of the petition for writ of habeas corpus and motion for stay and abeyance on the Attorney General or his or her representative;

2) Respondent is GRANTED thirty days from the date of service of this order to file an opposition or statement of non-opposition to the motion; and

3) In the event Respondent files an opposition, Petitioner is GRANTED thirty days to file a reply.

IT IS SO ORDERED.

　　Dated: **February 1, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28